IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA D. GARZA, | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | §   CIVIL ACTION NO. _____ |
| | § |
| HARLINGEN MEDICAL CENTER, L.P. | § |
| | § |
| Defendant. | § |

## DEFENDANT HARLINGEN MEDICAL CENTER, L.P.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Sections 1331, 1441, and 1446, Defendant Harlingen Medical Center, L.P. ("Defendant") files this Notice of Removal, giving notice that it is removing this civil action to the United States District Court for the Southern District of Texas, Brownsville Division, based on federal question jurisdiction. In support of this Notice of Removal, Defendant shows as follows:

### I. PROCEDURAL BACKGROUND

On August 18, 2020, Plaintiff Maria D. Garza ("Plaintiff") filed this civil action, Cause No. 2020-CCL-00738, in the County Court at Law No. 2 of Cameron County, Texas, styled *Maria D. Garza v. Harlingen Medical Center, L.P. See* Ex. 1, Plaintiff's Original Petition. Plaintiff demanded a jury trial.

On August 27, 2020, Defendant was served with Plaintiff's Original Petition. *See* Ex. 2, Citation and Return of Service. True and correct copies of all process, pleadings, orders served upon Defendant are attached and incorporated herein by reference as Exhibits 1 through 3. Defendant is the only party sued and served with Plaintiff's Original Petition. Therefore, all Defendants named

and served have consented to removal.

In this lawsuit, Plaintiff alleges that Defendant violated Title VII of the Civil Rights Act of 1964, as amended, the Americans with Disabilities Act, ("ADA"), as amended, the Americans with Disabilities Act Amendments Act, ("ADA-AA") as amended, and/or the Age Discrimination in Employment Act ("ADEA"), as amended. Plaintiff seeks monetary relief in an amount described as "over $200,000 but less than $1,000,000" for past and future lost earnings and benefits and damages to past and future earnings capacity, compensatory damages, exemplary damages, pre- and post-judgment interest, costs of court and attorneys' fees in an unspecified amount. *See* Ex. 1 at 1, ¶ 1.1.

On September 18, 2020, Defendant filed its answer in state court. *See* Ex. 3, Defendant's Answer to Plaintiff's Original Petition. Defendant now removes this action to this Court based on federal question jurisdiction.

## II. ARGUMENT & AUTHORITIES

A.  Federal Question Jurisdiction

This Court has subject matter jurisdiction in this case based upon federal question jurisdiction. *See* 28 U.S.C. § 1331. Because Plaintiff has alleged violations of multiple federal statutes, including without limitation the ADA-AA and the ADEA, removal to this Court is proper.

B.  Supplemental Jurisdiction

This Court has supplemental jurisdiction over Plaintiff's state law claim that Defendant violated the Texas Commission on Human Rights Act ("TCHRA"). Plaintiff's TCHRA claim is related to her employment with Defendant, are based on the same facts, events, transactions and occurrences as Plaintiff's federal claims (as set forth above), and for that reason are related so as to form part of the same case and controversy. Therefore, the Court has supplemental jurisdiction

over this claim pursuant to 28 U.S.C. section 1367(a).

### III. Procedural Allegations

The Southern District of Texas, Brownsville Division is the federal district and division that embraces the County Court at Law No. 2 for Cameron County, Texas. *See* 28 U.S.C. § 124(d)(3). This Notice of Removal is filed within 30 days of Defendant being been served with Plaintiff's Original Petition and is therefore timely filed under 28 U.S.C. § 1446(b)(1). *See* Ex. 2. Accordingly, removal to this Court is proper pursuant to 28 U.S.C. §§ 1441(a) and 1446.

### IV. Conclusion

WHEREFORE, Defendant Harlingen Medical Center, L.P. respectfully requests this action be removed from the County Court at Law No. 2 of Cameron County, Texas to the United States District Court for the Southern District of Texas, Brownsville Division, and seeks all such other and further relief to which it may be justly entitled.

Dated September 25, 2020                          Respectfully submitted,

*/s/ Kimberly R. Miers*
Kimberly R. Miers
Texas Bar No. 24041482
Federal ID No. 629763
kmiers@littler.com

LITTLER MENDELSON, PC
100 Congress Avenue, Suite 2126
Austin, Texas  78701
(512) 982-7250 (Telephone)
(512) 982-7248  (Facsimile)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

On the 25th day of September 2020, I electronically submitted the foregoing document with the Clerk of the Court using the Electronic Case Filing system of the Court. I hereby certify that I have served all parties, as follows:

*Via Electronic Case Filing:*
Carlos E. Hernandez, Jr., Of Counsel
The Law Offices of Jose G. Gonzalez
4129 N. 22nd St., Ste. 3
McAllen, Texas 78504

**ATTORNEY FOR PLAINTIFF**
**MARIA GARZA**

>   */s/ Kimberly R. Miers*
>   Kimberly R. Miers

4830-8643-0411.3 096475.1053